LINDBERGH PORTER, Bar No. 100091
MARY D. WALSH, Bar No. 197039
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendant
CHAMPION ENTERPRISES, INC.
D/B/A CHAMPION HOME BUILDERS CO.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN B. REICHARD, et al.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHAMPION ENTERPRISES, INC.<br>d/b/a CHAMPION HOME BUILDERS CO.,<br><br>　　　　　　　Defendant. | Case No.  1:03-cv-5987<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS** |

　　　　Based on the foregoing consent of Defendant CHAMPION ENTERPRISES, INC. and its counsel and good cause appearing, IT IS HEREBY ORDERED that the Substitution of Attorney is GRANTED.

**SO ORDERED.**

Dated: July 28, 2006

　　　　　　　　　　　　　　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　　HON. OLIVER W. WAGNER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

Firmwide:81339529.1 052113.1001

[PROPOSED] ORDER GRANTING
SUBSTITUTION OF ATTORNEYS FOR
DEFENDANTS (NO. 1:03-CV-5987)

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

PDF created with pdfFactory trial version www.pdffactory.com