# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN B. REICHARD, Regional Director, of the Thirty-Second Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD | CASE NO. CV-F-03-5987 LJO |
|                      Plaintiff-Petitioner, | **ORDER TO DISMISS CASE WITH PREJUDICE** |
| vs. | |
| CHAMPION ENTERPRISES, Inc. and CARPENTERS UNION LOCAL 1109, | |
| Defendants-Respondents<br>   and | |
| UNITED BROTHERHOOD OF CARPENTERS and JOINERS OF AMERICA, | |
|                      Intervenor../ | |

On July 23, 2003, Petitioner Alan B. Reichard, , Regional Director, of the Thirty-Second Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board ("Board") filed a petition for temporary injunctive relief pursuant to Section 10(j) of the National Labor Relations Act, as amended, 29 U.S.C. Section 169(j).  On August 22, 2003, the Court granted the Board's petition.  This relief was ancillary to the administrative proceeding then pending before the Board in Case 32-CA-19152, et al.  By statute, the injunction was intended to last only until the final decision and order of the Board in the administrative proceeding.

On August 16, 2007, the Board issued its final administrative decision and order in Case 32-CA-19152, et al. This decision terminated this Court's injunctive order. In view of the termination of the Court's injunction, the Board filed a motion to withdraw the petition and dismiss with action with prejudice on September 5, 2007. (Doc. 75). On the same day, Respondent filed a Statement of Non-Opposition to this motion. (Doc. 76). For good cause showing, this Court:

    I.    GRANTS the Board's motion to withdraw its petition;

    II.    GRANTS the Board's motion to dismiss this case with prejudice; and

    III.    The clerk is directed to CLOSE this case.

IT IS SO ORDERED.

**Dated:   September 7, 2007**          **/s/ Lawrence J. O'Neill**
                                                                         UNITED STATES DISTRICT JUDGE